**FILED**

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0353



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0353

EDWARD ZABROCKI,

      Petitioner and Appellant,

     v.                          ORDER OF MEDIATOR APPOINTMENT

THE TEACHERS' RETIREMENT
SYSTEM OF THE STATE OF
MONTANA,

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Marc G. Buyske, 50 S. Last Chance Gulch, 3rd Floor, Helena, MT 59601, (406)443-2211, mbuyske@doneylaw.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this July 29, 2020.

                                            _Bowen Greenwood_

                        Bowen Greenwood, Clerk of the Supreme Court

c:     Denise R. Pizzini, Scott Michael Svee, Marc G. Buyske